**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter __**11**__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/20

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **IRON HORSE TOOLS, L.L.C** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | __2__  __6__ – __2__  __6__  __5__  __7__  __8__  __3__  __8__ | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4502 S. Staples** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **Corpus Christi**      **TX**      **78411** | |
| City                State    ZIP Code | City                State    ZIP Code |
| **Nueces** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | City                State    ZIP Code |

5. **Debtor's website (URL)**    **www.ironhorsetools.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor **IRON HORSE TOOLS, L.L.C** _____   Case number (if known) _____

| 7. | Describe debtor's business |
|---|---|

**A.  Check one:**

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑  None of the above

**B.  Check all that apply:**

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.**  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? |
|---|---|

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**Check one:**

☐  Chapter 7

☐  Chapter 9

☑  Chapter 11.  _Check all that apply:_

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

Debtor  **IRON HORSE TOOLS, L.L.C**                                          Case number (if known) _____

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                                        MM / DD / YYYY

         District _____  When _____  Case number _____
                                                        MM / DD / YYYY

         District _____  When _____  Case number _____
                                                        MM / DD / YYYY

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

         District _____  When _____
                                                        MM / DD / YYYY

         Case number, if known _____

         Debtor _____  Relationship _____

         District _____  When _____
                                                        MM / DD / YYYY

         Case number, if known _____

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**     _____
                               Number    Street

                               _____

                               _____
                               City                    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

         Contact name _____

         Phone _____

Debtor  **IRON HORSE TOOLS, L.L.C** _____   Case number (if known) _____

## Statistical and adminstrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

☐ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000
☐ 50-99    ☐ 5,001-10,000    ☐ 50,001-100,000
☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000
☑ 200-999

**15. Estimated assets**

☑ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion
☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion
☐ $50,001-$100,000    ☑ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | | |
|---|---|---|
| 17. | **Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>■ I have been authorized to file this petition on behalf of the debtor.<br><br>■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/18/2020** _____
MM / DD / YYYY

X **/s/ Joey Phillips** _____
Signature of authorized representative of debtor
**Joey Phillips** _____
Printed name
**Manager and President** _____
Title

Debtor  **IRON HORSE TOOLS, L.L.C**_____    Case number (if known) _____

| 18. | Signature of attorney | **X** | **/s/ Howard Marc Spector** | Date | **08/18/2020** |
|---|---|---|---|---|---|

Signature of attorney for debtor          MM / DD / YYYY

**Howard Marc Spector**
Printed name

**Spector & Cox, PLLC**
Firm name

**12770 Coit Road**
Number     Street

**Suite 1100**

**Dallas**                                   **TX**       **75251**
City                                        State      ZIP Code

**(214) 365-5377**                              **hms7@cornell.edu**
Contact phone                                 Email address

**00785023**                                   **TX**
Bar number                                   State

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE:   **IRON HORSE TOOLS, L.L.C**                                    CASE NO

                                                                                                 CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/18/2020                                          Signature  */s/ Joey Phillips*
                                                                                         *Joey Phillips*
                                                                                         *Manager and President*

Date _____            Signature _____

BAYOU LAND, LLC
117 MAGNOLIA DRIVE
METAIRIE, LOUISIANA 70005


BLUEHENGE CAPITAL SECURED DEBT SBIC, LP
400 CONVENTION STREET
BATON ROUGE, LOUISIANA 70802


CIMARRON DRILLING TECHNOLOGIES, LLC
311 SARATOGA BLVD
CORPUS CHRISTI, TEXAS 78417


CLO&E, LLC
311 SARATOGA BLVD
CORPUS CHRISTI, TEXAS 78417


STONEHENGE CAPITAL FUND TEXAS II, LP
3625 N. HALL STREET, STE 615
DALLAS, TEXAS 75219


STONEHENGE CAPITAL FUND TEXAS, LP
3625 N. HALL STREET, STE 615
DALLAS, TEXAS 75219


TABOR CAPITAL, LLC
2820 SELWYN AVE, STE 550
CHARLOTTE, NORTH CAROLINA 28209


113 LLC
PO Box 1688
Mills, WY 82644


A & H Connection Solutions, Inc.
P.O. Box 1140
Orange Grove, TX 78372

```
A Helping Hand (Janna Watson)
PO Box 620
Sidney, MT 59270


A-Dependable Drug Testing, LLC
1099 Waters Edge Dr
Sute 200
Granbury, TX 76048


Absolute Control, LLC
2810 Washington Drive
Houston, TX 77038


Accumulators, Inc.
18435 Morton Road
Houston, TX 77084


Accurate Valve Services Inc
9325 Agnes St
Corpus Christi, TX 78406


ADT  Security Services, Inc.
P.O. Box 371878
Pittsburgh, PA 15250-7878


Advanced Building Services
Advanced Building Services
PO Box 51817
Lafayette, LA 70505


Affordable Security Systems
PO Box 26
Midland, TX 79702


Airgas USA, LLC
P.O. Box 734671
Dallas, TX 75373-4671
```

All Washed Up
P.O. Box 1006
Orange Grove, TX 78372


Allendorph Specialties, INC.
201 Stanton St.
Broussard, LA 70518


American Eagle Logistics
PO Box 679558
Dallas, TX 75267-9558


American Electric Power 100-209-823-1-9
PO Box 371496
Pittsburgh, PA 15250-7496


American Electric Power 103-892-695-2-2
P.O. Box 371496
Pittsburgh, PA 15250-7496


American Electric Power 106-284-456-4-4
P.O. Box 371496
Pittsburgh, PA 15250


American Electric Power 109-268-746-4-4
P.O. Box 371496
Pittsburgh, PA 15250-7496


AMERICAN WELDING & GAS, Inc.
216 North Central
Sidney, MT 59270


AmeriPride Linen & Uniform Service
P.O. Box 695
Bemidji, MN 56619-0695

AmeriPride Linen & Uniform Service-ND
PO Box 2020
Bemidji, MN 56619-2020

Anderson, Lehrman, Barre & Maraist, LLP
1001 Third St, Suite 1
Corpus Christi, TX 78404

Apex Energy Service, LLC
3901 Washington Road
Suite 201
Canonsburg, PA 15317

Apollo Supply (Hufco)
PO Box 40489
Houston, TX 77240

Arcadia Oilfield Supply, Inc
902 Jenkins St
Mansfield, LA 71052

ARG Partners
3245 Main St., Suite 235-330
Frisco, TX 75034

AT&T Mobility - IH
P.O. Box 6463
Carol Stream, IL 60197-6463

Austin Distributing LLC
P.O. Box 7890
Amarillo, TX 79114-7890

Auto Value Parts Stores
115 2nd Ave SE
Sidney, MT 59270

AWC INC.
PO BOX 974800
Dallas, TX 75397-4800


B&K Equipment, LLC
P.O. Box 741
Wyalusing, PA 18853


Barnhart Bolt & Special Fasteners, Inc
P.O. Box 69085
Odessa, TX 79769-9085


Basin Broadband, Inc.
394 NE 1250
Andrews, TX 79714


Bayou Belle Waste
10017 Drag Strip Rd.
Keithville, LA 71047


Bearing Service & Supply, Inc.
PO Box 7750
Shreveport, LA 71137


Bell Properties
2334 Harvey Mitchell PKWY S.
College Station, TX 77845


Ben's Fleet Truck Service
P.O. Box 18007
Corpus Christi, TX 78480


Benezon LLC
PO Box 746490
Atlanta, GA 30374

Bernard Health
2817 W End Ave, Ste 126-281
Nashville, TN 37203


Bestway Oilfield, Inc.
16030 Market St.
Channel View, TX 77530


BJ Champion Valve & Machine, L.P.
16010 Kitzman Road
Cypress, TX 77429


Black Hills Energy
PO Box 6001
Rapid City, SD 57709-6001


Bluehenge Capital Secured Debt SBIC, LP
191 W Nationwide Blvd, Suite 600
Columbus, OH 43215


Bob Lane's Welding, Inc
545 Rummer Road
Marietta, OH 45750


Bobby Lehmann, Inc
P.O. Box 59
Giddings, TX 78942


Border States Electric Supply
P.O. Box 911105
Denver, CO 80291-1105


Boss Office & Computer Products
124 N Central
Sidney, MT 59270

Boston Mutual
PO Box 55153
Boston, MA 02005


Bourque Sales and Service, Inc
P.O. Box 51141
Lafayette, LA 70505


Bowen, Miclette & Brit of LA
1100 Poydras, Suite 1250
New Orleans, LA 70163


Brady's Welding & Machine Shop, Inc.
PO Box 788
Healdton, OK 73438


Bridge Tool & Die, Inc.
125 Industrial Drive
Buckley, MI 49620


Broughton Commercial Properties, LLC
639 State Route 821
Marietta, OH 45750


Brown Dog, Inc.
81651 Wild Goose Circle
Fay, OK 73646-9533


Brush Country Groundwater
PO Box 607
Alice, TX 78333-0607


BRYAN HOSE & GASKET
PO Box 2320
Bryan, TX 77806

Buckley & Associates, PC
101 N. Shoreline Blvd, Suite 500
Corpus Christi, TX 78401


BugPro Inc.
101 N. Flournoy
Alice, TX 78332


C & D Welding and Oilfield Service, LLC
P.O. Box 1012
Cuero, TX 77954


C. PORTER SCHUTT III
605 ADAMS DAM ROAD
WILMINGTON, DELAWARE 19807


C. PORTER SCHUTT TRUST NO 4 1990
605 ADAMS DAM ROAD
WILMINGTON, DELAWARE 19807


Calallen Minor Emergency CTR
11559 Leopard St.
Corpus Christi, TX 78410-3415


Caprock Health Group
4401 82nd Street
Suite 1200
Lubbock, TX 79424


Carper Well Service, Inc
P.O. Box 273
Reno, OH 45773


Carr, Riggs & Ingram, LLC
PO Box 14062
Tallahassee, FL 32317

CC Disposal Service
PO Box 679859
Dallas, TX 75267-9859


CCTX I.T, LLC
Lowell Alan Williams Jr
7406 Sydney St.
Corpus Christi, TX 78414


Central Water Conditioning
PO Box 468
Sidney, MT 59270-0468


Certified Pressure Testing, LLC - CPT
2901 W Sam Houston Pkwy N Suite B-215
Houston, TX 77041


Chromatic Industries
16400 Air Center Blvd.
Houston, TX 77032


Cintas Corporation
P.O. Box 631025
Cincinnati, OH 45263-1025


City of Corpus Christi
PO Box 9097
Corpus Christi, TX 78469


City of Corpus Christi
c/o Nueces County
901 Leopard St.
Corpus Christi, TX 78401


City of Marietta
P.O. Box 774
Marietta, OH 45750

CMA Consulting LLC
1213 Cline St.
Corpus Christi, TX 78418


Complete Energy Services
Corpus Christi, WV 25276


Constellation NewEnergy, Inc.
PO Box 4640
Carol Stream, IL 60197-4640


Corpus Christi Gasket & Fastener, Inc.
PO Box 4074
Corpus Christi, TX 78469


Cortec, LLC
208 Equity Blvd.
Houma, LA 70360


Costy's Energy Services
2329 S Main St.
Mansfield, PA 16933


Cross Petroleum Service
P.O. Box 727
Sidney, MT 59270


Crown Oilfield Instrumentation
PO Box 790
Maurice, LA 70555


CSJ Enterprises, Inc
CSJ Enterprises, Inc
13714 Hwy 171
Mansfield, LA 71052

CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349


Dakota Supply Group
PO BOX 74007497
Chicago, IL 60674-7497


DANIEL BURKE
305 MAGNOLIA DRIVE
METAIRIE, LOUISIANA 70005


Darby's Welding & Mach
78 48th Ave SW
Dickinson, ND 58601


Davis, Hutchinson & Wilkerson, LLP
802 N. Carancahua, Suite 1500
Corpus Christi, TX 78401-0024


Del Mar Community College District
c/o Nueces County
901 Leopard St.
Corpus Christi, TX 78401


Denham Welding & Steel Sales, Inc
P.O. Box 418
Morrilton, AR 72110


Deutsch, Kerrigan & Stiles, LLP
c/o Iberia Bank
PO Box 53078
Lafayette, LA 70505-3078


Diamond T Services
1501 Washington Ave.
Golden, CO 80640

Dick's Tire Service
P.O. Box 571
Monahans, TX 79756


DIRECTV-1429
PO Box 105249
Atlanta, GA 30348-5249


DIRECTV-4665
PO Box 105249
Atlanta, GA 30348-5249


DIRECTV-7643
PO Box 105249
Atlanta, GA 348-524949


DISA, Inc.
Dept 3731
PO Box 123731
Dallas, TX 75312-3731


Discount Motor Company
6601 S. Padre Island Dr
Corpus Christi, TX 78412


DK Hauling, Inc.
650 Antler Drive
Casper, WY 82601


DNOW, LP
P.O. Box 200822
Dallas, TX 75320-0822


Dominion East Ohio
PO Box 26785
Richmond, VA 23261-6785

Doorbust'n Portables & Septic Service LL
P.O. Box 1003
Sidney, MT 59270


Duane Potts
141 N. Main St.
Woodsfield, OH 43793


Dynamic Drilling Fluids
2699 HWY 44
Robstown, TX 78380


Eagle Rubber & Supply
P.O. Box 1253
Levelland, TX 79336


EAN Services, LLC
PO Box 840173
Kansas City, MO 64184-0173


Elco Energy, LLC
P.O. Box 899
Kermit, TX 79745


ELISE CHARBONNET KEEGAN
8806 BEL AIR PLACE
POTOMAC, MARYLAND 20854


Elizabeth Carbide Components
200 Monastery Drive
Latrobe, PA 15650-2656


ENDRESS + HAUSER
Dept 78795
PO BOX 78000
Detroit, MI 48278-0795

Energy Laboratories, Inc.
Department 6250
P.O. Box 4110
Woburn, MA 01888-4110


Energy Products, LLC.
Dept 878
PO Box 4346
Houston, TX 77210-4346


Enterprise FM Trust
Enterprise Fleet Management Customer Bil
PO Box 800089
Kansas City, MO 64180-0089


EquipmentShare
PO Box 2214
Decatur, AL 35609-2214


Everest Indemnity
C/O Mt. McKinley Managers
PO Box 864005
Orlando, FL 32886-4005


Everest Water Corpus Christi
1401 SPID
Corpus Christi, TX 78416


Expedi, Inc.
8844 North Sam Houston Pkwy, Suite 210
Houston, TX 77064


Express Drilling Fluids, LLC
5412 Leopard Street
Corpus Christi, TX 78408


Farm to Market Rd District
c/o Nueces County
901 Leopard St.
Corpus Christi, TX 78401

Fastenal
PO Box 1286
Winona, MN 55987-1286


FastServe Supply
P.O. Box 941649
Plano, TX 75094-1649


FDF Energy Services, LLC
PO Box 677438
Dallas, TX 75267-7438


Fed Ex
PO Box 660481
Dallas, TX 75266-0481


Fed Ex Freight
Dept Ch PO Box 10306
Palatine, IL 60055-0306


FedEx-Coastal Drilling
PO Box 660481
Dallas, TX 75266-0481


FESCO
1000 Fesco Ave.
Alice, TX 78332


First Settlement Physical Therapy
1500 Grand Central Ave Ste 101
Vienna, WV 26105


Fischer Bush Equipment
2692 Madison Road
Suite N1 #411
Cincinnati, OH 45208

FisherBroyles
PO Box 935079
Atlanta, GA 31193-5079


FOWC, LLC dba/ Texas WashTub
1401 S. Dwight
Monahans, TX 79756


Foxco Oilfield Supply
P.O. Box 2171
Orange Grove, TX 78372


FRAC NDT
1331 Ochsner Blvd
Suite 200
Covington, LA 70433


FRED LOVAAS
311 SARATOGA BLVD
CORPUS CHRISTI, TEXAS 78417


Frontier Communications
P.O. Box 740407
Cincinnati, OH 45274-0407


G&G Services Unlimited
P.O. Box 2214
Decatur, AL 35609-2214


Garcia's Welding Service
611 North Bexar St.
San Diego, TX 78384


Gardner Denver, Inc.
P.O. Box 955953
St. Louis, MO 63195-5953

Gas and Supply of Texas
5125 IH-37 @ Navigation
Corpus Christi, TX 78408


Gateway
315 S. Closner
Edinburg, TX 78539


GE Oil and Gas Inc
C/O JNR Adjustment Company, INC.
P.O. Box 948197
Maitland, FL 32794


Gexa Energy
P.O. Box 660100
Dallas, TX 75266-0100


GMT RESOURCES
2738 Cliftmont Ave NE
Canton, OH 44705


Gonzales Septic
126 East Junction Drive
Odessa, TX 79766


GP-50
2770 Long Rd.
Grand Island, NY 14072


Graco Oilfield Services
5300 Town & Coutnry Blvd. Ste. 220
Frisco, TX 75034


Grainger
Dept 878695238
PO Box 419267
Kansas City, MO 64141-6267

Graybar
1465 Monad Rd.
Billings, MT 59101-3227


GSI Sales & Services, LLC
P.O. BOX 3201
Alice, TX 78333


Gulf Coast Repair & Machine Shop, Inc.
6802 Leopard
Corpus Christi, TX 78409


Gulotta's, Inc.
PO Box 9808
New Iberia, LA 70562


GWB Oil & Gas, LLC
639 State Route 821
Marietta, OH 45750


Harold's Upholstery, Inc
2808 Grand Ave.
Billings, MT 59102


Haysam Dawod
4514 S. Staples
Corpus Christi, TX 78411


Herc Rentals, Inc
PO Box 936257
Atlanta, GA 31193


Hilltop Shop, LLC
P.O. Box 652
Sidney, MT 59270

```
Hose & Rubber Supply
P.O. Box 158
Randolph, UT 84064



Howard County Tax Office
PO Box 1111
Big Spring, TX 79721



Hydraquip Distribution
PO Box 4493
Houston, TX 77210



Industrial Distributors INC
P.O. BOX 767
Cheyenne, WY 82003



Industrial Safety Products, LLC
P.O. Box 1417
Bryan, TX 77806



International Electronics
633 Oliver Court
Corpus Christi, TX 78408



IPFS Corporation
PO Box 730223
Dallas, TX 75373-0223



IRONMAN PI FUND II (QP) LP
9525 KATY FREEWAY, STE 320
HOUSTON, TEXAS 77024



IRS
PO Box 7346
Philadelphia, PA 19114-7346
```

James May
PO Box 230702
Houston, TX 77223


JEFFS TRANSPORT
17824 STATE RT 550
MARIETTA, OH 45750


Jim Wells County
PO Box 607
Alice, TX 78333-0607


Jim Wells County Lat. Rd
PO Box 607
Alice, TX 78333-0607


JMI Machine, LLC
P.O. Box 68
Alice, TX 78333


JOEY PHILLIPS
15214 CANE HARBOR
CORPUS CHRISTI, TEXAS 78418


John Hancock USA
PO Box 2495
Carol Stream, IL 60132-2495


JOHN S LUBY
14333 EMERALD
CORPUS CHRISTI, TEXAS 78418


Johnson Hardware & Furniture
P.O Box 1006
Sidney, MT 59270

Johnson Rice & Company
639 Loyola Ave #2775
New Orleans, LA 70113


JP Steel, LLC
P.O. Box 592
Katy, TX 77492


Kalsi Seals
745 Park Two Drive
Sugarland, TX 77478


KC WELDING
2800 N Schlager Rd.
Casper, WY 82604


KD Timmons Inc
P.O Drawer 2609
Bryan, TX 77805


Kelly Properties, LLC
Laura Kelly
PO Box 166
Sidney, MT 59270


Kennedy Wire Rope & Sling
PO Box 4016
Corpus Christi, TX 78469


KENNETH A DESHANO
PO BOX 1643
MONTGOMERY, TEXAS 77356


Keys- Triple G Answering Service
P.O. Box 9315
Corpus Christi, TX 78469-9315

Keystone Oilfield Supply & Service LLC
1216 Blue Eye Rd
Spring Creek, PA 16436


Kimble Recycling & Disposal, Inc.
P.O. Box 448
Dover, OH 44622


Kleberg Bank
5350 S. Staples
Corpus Christi, TX 78411


KLEBERG BANK NA
PO BOX 7669
CORPUS CHRISTI, TX, 78467-7669


Konica Minolta Business Solutions
USA Inc Dept. 2366
PO Box 122366
Dallas, TX 75312-2366


Konica Minolta Premier Finance
PO Box 105743
Atlanta, GA 30348-5743


Kringen Family LLP
1645 S Central
Sidney, MT 59270


Lanzer Excavating LLC
70493 Old 21 Road
Cambridge, OH 43725


LARRY D WHITE
3313 MELCHER LANE
BRENHAM, TEXAS 77833

Leslie Equipment Co.
C/O Powerplan
21310 Network Place
Chicago, IL 60673-1213


Loaded Dice Safety
PO Box 13627
Odessa, TX 79768


Lone Star International Corporation
P.O Box 311296
New Braunfels, TX 78131


Longwood Elastomers, Inc.
2665 Reliable Parkway
Chicago, IL 60686


M&G DEVELOPMENT, LP.
PO Box 8
ALICE, TX 78333


Magic Industries, Inc.
2308 S. Laurent
Victoria, TX 77901


Marietta Occupational Health Partners
401 Mathew Street
Marietta, OH 45750


Marietta Office Supply
27811 State Route 7
Marietta, OH 45750


MARK SHERIDAN
12 ROSEDOWN CT
NEW ORLEANS, LOUISIANA 70131

Matherne Instrumentation Specialists Inc
131 Capital Boulevard
Houma, LA 70360


MATHIS ASC
1400 LOOP 459
MATHIS, TX 78368


MaxPro South
92 Wilson Rd
Humble, TX 77338


McAdoo's Inc
DBA McAdoo's Towing & Crane
P.O.Box 476
Claysville, PA 15323


MCCarty Equipment Co.,LTD
P.O. Box 841388
Dallas, TX 75284-1388


McCutcheon Enterprises, Inc
PO Box 74807
Cleveland, OH 44194-4807


McMillen Welding, Inc.
2415 W. Pike ST.
Houston, PA 15342


MedECash
PO Box 95626
South Jordan, UT 84095


Mercy Medical Center
PO Box 951082
Clevenland, OH 44193

METALTECH STEEL
113 Industry Road
Marietta, OH 45750


MFCP/MD Hose & Fitting, LLC
MD Hose & Fitting, LLC
8433 Solution Center
Chicago, IL 60677-8004


MG Cleaners LLC
Assignee for:  M G Cleaners, LLC
P.O. Box 3586
Houston, TX 77253-3586


MICHAEL CHARBONNET
117 MAGNOLIA DRIVE
METAIRIE, LOUISIANA 70005


Michael D. Rubenstein
Liskow & Lewis
1001 Fannin Street
Suite 1800
Houston, Texas 77002

Mid East Truck & Tractor Service
831 Nassau St. W
East Canton, OH 44730


Mid-Rivers Communications
PO Box 280
Circle, MT 59215-0280


Midwest Hose & Specialty, Inc.
P.O. Box 96558
Oklahoma City, OK 73143


Miller's Garbage Service Inc.
PO Box 117
Savage, MT 59262

Monahans-Wickett-Pyote Independent Schoo
P.O. Box 290
Monahans, Texas 79756


Montana-Dakota Utilities Co
PO Box 5600
Bismarck, ND 58506-5600


Mountain Supply & Service
P.O. Box 3111
Longview, TX 75606


Mountain West Telephone
123 W 1st St. Ste. C95
Casper, WY 82601-2484


MRC Global
P.O. Box 204392
Dallas, TX 7530-4392


N&B Well Service, LLC
P. O Box 715
Monahans, TX 79756


Newark-Element 14
33190 Collection Center Dr.
Chicago, IL 60693


NIEHENKE WELDING INC.
312 North Central Ave.
Sidney, MT 59270


Noey Trailer Repair
P.O. Box 483
Normangee, TX 77871

```
NOV - National Oilwell Varco
PO Box 201153
Dallas, TX 75320-1153



Nueces County
901 Leopard St.
Corpus Christi, TX 78401



Nueces County Hospital District
c/o Nueces County
901 Leopard St.
Corpus Christi, TX 78401


Nueces Electric Coop., Inc
PO Box 659821
San Antonio, TX 78265-9121



Odessa Physical Therapy, PC
4407 N. Grandview
Odessa, TX 79762



Oil & Gas Safety Supply
67681 Mall Rd.
St. Clairsville, OH 43950



Oil Center Research of Texas, LLC
PO Box 92615
Lafayette, LA 70509-2615



Oilfield Technical Services L.L.C.
7412 NW 83rd St.
Oklahoma City, OK 73132



OK Mud Gas Separator Rental, Inc.
81651 Wild Goose Circle
Fay, OK 73646
```

Orange Grove ISD
PO Box 607
Alice, TX 78333-0607


P & W Sales, Inc
405 N. Hwy 135
Kilgore, TX 56620


PACT RENTALS
P.O. BOX 1326
Sidney, MT 59270


Penelec
PO Box 3687
Akron, OH 44309-3687


Permian Anchors
P.O. Box 12238
Odessa, TX 79768


Permian Fire and Safety, LLC
P.O. Box 9414
Midland, TX 79708


Petta Enterprises, LLC
299 S. Main St.
Mansfield, PA 16933


PEX
462 7th Avenue, 21st Floor
New York, NY 10018


Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874


PMI
Pipe Steel Supplies
P.O. Box 200424
San Antonio, TX 78220


Port-A-Jon, Inc
P.O. Box 6180
Shreveport, LA 71136


Ported Tools Inc.
P.O. Box 268
Scott, LA 70583


Prairie Electric Inc
P.O Box 178
Savage, MT 59262


Praxair Distribution, Inc
Dept Ch 10660
Platine, IL 60055-0660


Precision Products Inc.
2908 N Dug Gap Rd SW
Dalton, GA 30720


PricewaterhouseCoopers, LLP
PO Box 952282
Dallas, TX 75395-2282


Printing Dynamics
3833 Apollo Rd.
Corpus Christi, TX 78413

Profire Energy, Inc.
321 South 1250 West
Lindon, UT 84042


Psychemediics Corporation
P.O, Box 4163
Woburn, MA 01888-4163


PTECH Drilling Tubulars LLC
13618 Poplar Circle, Suite 302
Conroe, TX 77304


R&D Desoto Ventures LLC
146 Valleyview St
Minden, LA 71055


R&R Grinding & Manufacturing, Inc.
3705 N. County Rd. West
Odessa, TX 79764


R&S Oilfield, Inc
12107 Old Huffmeister Rd
Cypress, TX 77429


Randi's Run
PO Box 10556
Corpus Christi, TX 78460


Randolph Taxidermy
3709 Apollo
Corpus Christi, TX 78413


Raven Recert LLC
PO Box 14976
Odessa, TX 79768

Razor Rents
PO Box 73
Tallmadge, OH 44278


Red Deer Ironworks USA Inc
Red Deer Ironworks USA Inc
1115 16 Road
Fruita, CO 81521


Reliable Pumps Consultants
12951 S. Freeway
Houston, TX 77047


Reliance Standard Life Insurance
PO Box 3124
Southeastern, PA 19398-3124


Reliant Energy
PO Box 650475
Dallas, TX 75265-0475


Republic Services #688
PO Box 78829
Phoenix, AZ 85062-8829


RICHARD COATNEY
221 ARCHANGEL ST
LAFAYETTE, LOUISIANA 70508


Richland County Treasurer
201 West Main
Sidney, MT 59270


Rigmaids, LLC
P.O Box 112
Muncy, PA 17756

Riverview Industrial Supply LLC
1205 Gravel Bank Rd
Marietta, OH 45750


RNB Controls
4623 West Ranch Rd. 1431
Kingsland, TX 7869


Rob Murdoch Sales & Service Inc.
33 S Johnson
Alice, TX 78332


Rocky Mountain Power
PO Box 26000
Portland, OR 97256-0001


ROCKY MOUNTIAN INDUSTRIAL SUPPLY
1711 English ave.
Casper, WY 82601


RODNEY HART
PO BOX 2349
CORPUS CHRISTI, TEXAS 78403


RON MILLS
204 MULBERRY DRIVE
METAIRIE, LOUISIANA 70005


Roy's Machine & Fabrication
P.O. Box 7232
Corpus Christi, TX 78467-7232


Rumpke of Ohio Inc
P.O. Box 538709
Cincinnati, OH 45253-8709

RUSCO Operating, LLC
Mail Code: 5247
PO Box 660367
Dallas, TX 75266-0367


Saba Studios, Inc
4501 Carwright Rd, Suite 506
Missouri City, TX 77459


Safety-Kleen
PO BOX 650509
Dallas, TX 75265-0509


Saia Motor Freight Line, LLC
P.O. Box 730532
Dallas, TX 75373-0532


San Saba Cap
1818 Broadway
Kerrville, TX 78028


Sand Separation Solutions, LLC
PO BOX 302857
Austin, TX 78703


Sandford Oil South Texas, Inc.
PO Box 660
Decatur, TX 76234


Sidney Water Department
115 2nd St SE
Sidney, MT 59270


Silverheels Property Management, LLC
410 Third Street
Marietta, OH 45750

Small Business Administration
Branch Counsel
3333 Ginger Creek Drive #B
Springfield, IL 62711


SMP-WT, LLC
6001 Bridge Street
Fort Worth, TX 76112


SMS Machining, LLC
7315 Old Hwy 105W
Conroe, TX 77304


Southern Tire Mart
Dept. 143 PO Box 1000
Memphis, TN 38148


Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


St. Joseph Regional Health Center
2010 E. Villa Maria
Bryan, TX 77802


Stainless Steel Products, Inc
PO Box 4050
Corpus Christi, TX 78469


STEVE SAUCIER
306 ARLINGTON DRIVE
METAIRIE, LOUISIANA 70001


STOREY CHARBONNET
639 LOYOLA AVE, STE 2775
NEW ORLEANS, LOUISIANA 70113

Suddenlink-5031
PO Box 70340
Philadelphia, PA 19176-0340


SumCo Benefit Services, LLC
1350 S. Boulder
Suite 300
Tulsa, OK 74119

Summit Supply Co., Inc
P.O. Box 7124
Odessa, TX 79760


Synthex Organics, LLC
4601 Cortland Ave.
Altoona, PA 16601


TAPIT Oilfield Equipment, LLC
PO Box 1828
Cypress, TX 77410


Tara Energy
PO Box 301438
Dallas, TX 75303-1410


Technology & Calibration, Inc (TechCal)
3538 Pinemont Drive
Houston, TX 77018


Texas Champion Bank
6124 S. Staples
Corpus Christi, TX 78413


Texas Comptroller
111 E. 17th Street
Austin, TX 78774-0100

Texas Mobile Property Solutions, LLC
310 E. Lipan Drive
Lipan, TX 76462


The Bosworth Company
PO Box 3449
Midland, TX 79702


The Doctors Center
4637 South Padre Island Dr
Corpus Christi, TX 78411


Tier One LLC.
2 Penn Center West
Suite 328B
Pittsburgh, PA 15276


Time Warner Cable
PO Box 60074
City of Industry, CA 91716


TorqLite
P.O. Box 1830
Covington, LA 70434


Torque Specialties
700 E. 2nd Street
Odessa, TX 79761


Triple B Mobile Maintenance LLC
641 Sun Valley Blvd
Hewitt, TX 76643


Triple T
11601 N CR 43
Coahoma, TX 79511

TSI Flow Products, Inc
P.O. Box 9182
Corpus Christi, TX 78469


Two Men And A Truck
1066 S. Padre Island Drive
Corpus Christi, TX 78416


U-Know Service LLC
P.O. Box 443
Casper, Wy 82602


UniFirst - Corpus Christi
PO Drawer 2867
Corpus Christi, TX 78403


UniFirst- Ohio
3 Progress Way
Clarksburg, WV 26301


United Rentals
P.O. Box 840514
Dallas, TX 75284-0514


United Vision Logistics
P.O. Box 975357
Dallas, TX 75397-5357


US Trustee
606 N Carancahua
Corpus Christi, TX 78778-0001


ValueBank Texas
3649 Leopard
Corpus Christi, TX 78408

```
Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Vickie Heflin
Ward County Courthouse
PO Box 290
Monahans, TX 79756


Vista West Water Company
PO Box 1738
Casper, WY 82602


Voyager Energy Tools
P.O. Box 5549
Grandbury, TX 76049


VTX Telecom, LLC
PO Box 840955
Dallas, TX 75284-0955


Ward County
P.O. Box 290
400 S. Allen Suite 102
Monahans, Texas 79756


Ward County Road/FMLR
P.O. Box 290
Monahans, Texas 79756


Warren Trucking Co., Inc
PO Box 103
Dexter City, OH 45727


Warrior Supply Alice
P.O. Box 4989
Victoria, TX 77903
```

Washing Equipment of Texas
1737 N Lexington Blvd
Corpus Christi, TX 78409


Waste Management of West Virginia, Inc
PO Box 13648
Philadelphia, PA 19101-3648


WEST OSO ISD
c/o Nueces County
901 Leopard St.
Corpus Christi, TX 78401


West Texas Hotshot
P.O. Box 202485
Dallas, TX 78320-2485


West Texas Safety Training Center
PO Box 60828
Midland, TX 79711


Western Sling and Supply
P.O. Box 208
Sedalia, CO 80135-0208


WEX Bank
PO Box 4337
Carol Stream, IL 60197-4337


WHITE'S WELDING, LLC
PO BOX 844670
BOSTON, MA 0224-4670


Whitefield Plastics
2300 W. W. Thorne Drive
Houston, TX 77073-3316

Wick Phillips Gould & Martin, LLP
3131 McKinney Ave
Dallas, TX 75204


Wickson Creek Special Utility District
P.O. Box 4756
Bryan, TX 77805-4756


Wigington Rumley Dunn & Blair, LLP
902 Campbell Ave
Jourdanton, TX 78026


Work Kare
2724 Greenwood Road
Shreveport, LA 71109


Wysox Cabinet
167 Hansen Lane
Rome, PA 18837


XStreme MD
Life Line Technologies, LLC
1028 Forum Dr
Broussard, LA 70518


ZENO Office Solutions
5301 W Loop 250 N
Midland, TX 79707